UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT DEREK LURCH JR.,

                Plaintiff,

-against-

NYCHHC; EVERY DOCTOR THAT DIAGNOSED AND TREATED ANY INMATE (DETAINEE) FROM I.A.A. WITH THE FLU OR FLU LIKE SYMPTOMS BUT FAILED TO ISOLATE THEM FROM GENERAL POPULATION AFTERWARDS,

                Defendants.

21-CV-1567 (CM)

CIVIL JUDGMENT

---

Pursuant to the order issued February 23, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 23, 2021
         New York, New York

                                                     COLLEEN McMAHON
                                                Chief United States District Judge